# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LEWIS ATKINS, JR.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>DR. JOHN DOE*, et al.*<br><br>    *Defendants*. | 2:09-cv-02296-JCM-LRL<br><br>ORDER |

Plaintiff's motion (#9) for an enlargement of time is GRANTED IN PART, and the time for plaintiff to file an amended complaint is extended up to and including sixty (60) days after entry of this order. If plaintiff believes that he needs more time after that interval, he will need to file another motion demonstrating cause for another extension.

DATED:   12-20-10

_____
LAWRENCE R. LEAVITT
United States Magistrate Judge